FILED
JAN -3 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. **4:17CR001 RLW** |
| MICHAEL SCHREIBER, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

### A. INTRODUCTION

At all times relevant to this Information:

1. Kia Motors Corporation (Kia) is a manufacturer of motor vehicles founded in South Korea but with production facilities in the United States and nationally headquartered in Irvine, California.

2. Suntrup Automotive Group (Suntrup) is an automotive dealership with several store locations in the St. Louis area, contractually authorized to sell Kia products.

3. Kia offers various incentive programs to customers administrated by each retailer (dealership). In particular, one incentive program offers a $500 rebate to active and retired military personnel (military), while another offers a $400 rebate to those customers earning a college diploma within the last 12 months (recent college graduate). Kia requires documentary proof of eligibility for the incentive program to be collected and submitted along with a claim form by the retailer.

4. Michael Schreiber is an employee of Suntrup, and as such sells Kia inventory.

## B. THE SCHEME

5. From January 2011 until December 2015, within the Eastern District of Missouri,

**MICHAEL SCHREIBER,**

the defendant herein, did willfully and knowingly execute a scheme to defraud Kia and to obtain money owned by or under the custody and control of Kia, by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice is more fully described as follows:

a. It was part of the scheme and artifice that Michael Schreiber submitted incentive claim forms to Kia for customers who did not otherwise qualify or failed to provide documentary proof of eligibility for the military or recent college graduate incentive programs.

b. It was part of the scheme and artifice that Michael Schreiber submitted falsified and fraudulent military identification documents and college diplomas to Kia with the claim forms mentioned above.

c. It was part of the scheme and artifice that Suntrup received reimbursement from Kia for the total amount of incentive falsely claimed by Michael Schreiber.

## COUNT I

6. On or about June 15, 2015, in the Eastern District of Missouri,

**MICHAEL SCHREIBER,**

for the purpose of executing the scheme to defraud Kia, did transmit by means of wire in interstate commerce, writings, signs, and signals to Kia in Irvine, California; to wit, the faxing of an incentive claim form, including a fraudulent and falsified college diploma, in the name of customer K.G.

In violation of, and punishable under, Title 18, United States Code, Section 1343.

    Respectfully submitted,

    RICHARD G. CALLAHAN
    United States Attorney

    */s/ John Ware*
    JOHN J. WARE, #40880MO
    Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, John J. Ware, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*
JOHN J. WARE, #40880MO

Subscribed and sworn to before me this 21 day of December, 2016.

*[signature]*

CLERK, U.S. DISTRICT COURT

By: *[signature]*
DEPUTY CLERK